IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                         CHAPTER 13 NO.:

**DANIEL DAXON OWENS**                                         16 – 03061 – EE

### NOTICE OF SERVICE OF DISCOVERY

NOTICE is hereby given pursuant to Uniform Local Rule 16(b) that Trustee in the above styled and numbered case served a true and correct copy of the following documents upon the Attorney for Debtor and Debtor by United States Mail:

1. Trustee's First Request for Admissions to Debtor
2. Trustee's First Request for Production of Documents to Debtor

The undersigned retains the originals of the above papers as custodian thereof pursuant to Uniform Local Rule 16(b).

This the       26      day of September, 2016.

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
601/362-6161

### C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date served a true and correct copy of foregoing pleading to the following parties by United States Mail, postage prepaid:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Richard R. Grindstaff
Attorney at Law
Post Office Box 720517
Byram, MS 39272

Daniel Daxon Owens
2608-B Key Street
Jackson, MS 39201

Dated:  September       26      , 2016

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.